UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                CHAPTER 13
CAMDON C. KUTZ
BRYNN E. KUTZ                                         CASE NO. 13-81571

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   US Bank NA                      **Court claim #: 10**

**Last four digits** of any number used to identify the debtor's account: 5604

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $6,761.91 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $6,655.00 (Per Confirmed Plan) |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  12/17/2015                 /s/Lydia S. Meyer
                                   Lydia S. Meyer, Trustee
                                   308 W. State St., Suite 212
                                   Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of December, 2015.

Dated:  12/17/2015                 /s/Cynthia K. Burnard

US BANK NA
BANKRUPTCY DEPARTMENT
4801 FREDERICA STREET
OWENSBORO, KY 42301

US BANK
MAIL LOC CNTX05
ATTN: 5TH FLOOR BANKRUPTCY
PO BOX 5229
CINCINNATI, OH 45201

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

CAMDON C. KUTZ
BRYNN E. KUTZ
111 COLUMBIA STREET NW
POPLAR GROVE, IL 61065

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL 61111